UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JERRY WARREN,

        Plaintiff,

vs.                                    15 cv 8423 (JCM)

LT. JOHN EWANCIW, SGT. "SAMMY" DOE,
JOHNS DOES 1-10,

        Defendants.
-----------------------------------------------------------------x

## PLAINTIFF'S PROPOSED VERDICT SHEET

**1. Did defendant unlawfully detain plaintiff?**

Yes _____          No _____

**2. Is defendant entitled to qualified immunity?**

Yes _____          No _____

**3. What sum do you award plaintiff for compensatory damages?**

_____

**4. What sum do you award plaintiff in punitive damages?**

_____


**Signed:**

_____
**Jury foreperson**

**Dated:**